**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Quinton L. MASSIE, Defendant—
Appellant.**

**No. 12–6986.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 16, 2012.

Decided: Aug. 21, 2012.

Quinton L. Massie, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quinton L. Massie appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Massie,* No. 3:04–cr–00031–NKM–3, 2006 WL 1319626 (W.D.Va. May 8, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*